**UNITED STATES DISTRICT COURT**

**District of Connecticut**

U. S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 22nd Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

# MEMORANDUM

March 9, 2022

**To:** The Honorable Michael P. Shea
U.S. States District Judge
Hartford, Connecticut

**From:** John H. Wackerman III
Sr. U.S. Probation Officer
Hartford, Connecticut

**Subject:** MARSH, Jordan
Docket Number: 3:13CR00185(MPS)
**Status Update subsequent to Mr. Marsh's release from Whiting Forensic Hospital.**

By way of background, on September 24, 2021, a memorandum was submitted to the Court in preparation for Mr. Marsh's scheduled transition from Whiting Forensic Hospital to A Common Bond. On December 7, 2021, Mr. Marsh was discharged from Whiting Forensic Hospital to A Common Bond.

Since December 7, 2021, Mr. Marsh has successfully transitioned to A Common Bond and begun his comprehensive treatment plan as laid out in the September 24, 2021 memorandum. Monthly treatment team meetings have been, and continue to be held with all stakeholders of Mr. Marsh's services. Specifically, Connecticut Mental Health Center (CMHC), The CREST Center Program, A Common Bond and representatives of the Federal Defender's Office. To date, Mr. Marsh has attended and participated in services without issue.

Additionally, as part of Mr. Marsh's special conditions, he continues on location monitoring with Global Positioning Satelite (GPS) without issue. In addition, he maintains compliance with the RemoteCom monitoring software for his electronic device without issue.

More recently, and based on Mr. Marsh's request, the treatment team, in consultation with the supervising officer, will look into vocational services and employment opportunities.

Should Your Honor wish to discuss this matter further, I will make myself available at the court's convenience.