# UNITED STATES DISTRICT COURT

### District of Connecticut

#### U. S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

## MEMORANDUM

September 28, 2022

**To:**     The Honorable Michael P. Shea
            U.S. States District Judge
            Hartford, Connecticut

**From:**   John H. Wackerman III
            Sr. U.S. Probation Officer
            Hartford, Connecticut

**Subject:** MARSH, Jordan
            Docket Number: 3:13CR00185(MPS)
            **Status Update: Mr. Marsh.**

By way of background, on September 24, 2021, a memorandum was submitted to the Court in preparation for Mr. Marsh's scheduled transition from Whiting Forensic Hospital to A Common Bond. In addition, on March 9, 2022 and June 28, 2022, a memorandum was submitted to the Court reporting on Mr. Marsh's compliance with his conditions of supervision, to include treatment.

Since the last status report, filed on June 28, 2022, Mr. Marsh's location monitoring has been modified by the Court. This modification was based on a motion from Mr. Marsh's counsel. Specifically, the Court modified the condition to the less restrictive program of a curfew with Global Positioning Satellite (GPS). The ordered curfew was in coordination with the rules and policies of A Common Bond, where Mr. Marsh has maintained residence. In addition, he maintains compliance with the RemoteCOM monitoring software for his electronic device without issue.

Regarding Mr. Marsh's current treatment status, all providers indicate positive adjustment and continued compliance. Additionally, Mr. Marsh has begun to discuss early stages of discharge planning. Specifically, working with providers on employment skills, and connecting with employment opportunities through Continuum. These steps are viewed by the providers as part of Mr. Marsh's graduated transition to the community and ability to provide himself subsistence toward more independent living in the future.

Should Your Honor wish to discuss this matter further, I will make myself available at the court's convenience.


Cc/ Kelly Barrett, Assistant Federal Defender, and
    Katherine E. Boyles, Assistant U.S. Attorney