**UNITED STATES DISTRICT COURT**

District of Connecticut

U. S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

**MEMORANDUM**

February 21, 2023

**To:**   The Honorable Michael P. Shea
Chief U.S. District Judge
Hartford, Connecticut

**From:**   John H. Wackerman III
Sr. U.S. Probation Officer
Hartford, Connecticut

**Subject:**   MARSH, Jordan
Docket Number: 3:13CR00185(MPS)
**Status Update: Mr. Marsh.**

By way of background, on September 24, 2021, a memorandum was submitted to the Court in preparation for Mr. Marsh's scheduled transition from Whiting Forensic Hospital to A Common Bond. In addition, on March 9, 2022, June 28, 2022 and September 28, 2022, memorandums were submitted to the Court reporting on Mr. Marsh's compliance with his conditions of supervision, to include treatment.

Since the last status report, filed on September 28, 2022, Mr. Marsh successfully completed his period of location monitoring with no issues. This period of location monitoring included a gradual step down in restrictions, based on a motion from Mr. Marsh's counsel. That motion was granted by the Court, for a curfew with Global Positioning Satellite (GPS). The ordered curfew was in coordination with the rules and policies of A Common Bond, where Mr. Marsh has maintained residence. In addition, he maintains compliance with the RemoteCOM monitoring software for his electronic device without issue.

Regarding Mr. Marsh's current treatment status, all providers continue to report positive adjustment and continued compliance. Mr. Marsh continues discharge planning to the next step down in residential programming. Additionally, he has begun steps toward employment through his community-based services. These steps continue to be part of Mr. Marsh's graduated transition to the community, and ability to provide himself subsistence toward more independent living in the future.

Should Your Honor wish to discuss this matter further, I will make myself available at the court's convenience.


Cc/ Kelly Barrett, Assistant Federal Defender, and
    Katherine E. Boyles, Assistant U.S. Attorney