**UNITED STATES DISTRICT COURT**

District of Connecticut

U. S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

**MEMORANDUM**

June 20, 2023

**To:** The Honorable Michael P. Shea
Chief U.S. District Judge
Hartford, Connecticut

**From:** John H. Wackerman III
Sr. U.S. Probation Officer
Hartford, Connecticut

**Subject:** MARSH, Jordan
Docket Number: 3:13CR00185(MPS)
**Status Update: Mr. Marsh.**

By way of background, on September 24, 2021, a memorandum was submitted to the Court in preparation for Mr. Marsh's scheduled transition from Whiting Forensic Hospital to A Common Bond (ACB). Subsequently, on March 9, 2022, June 28, 2022, September 28, 2022 and February 21, 2023, memorandums were submitted to the Court reporting on Mr. Marsh's compliance with his conditions of supervision, to include treatment.

Since the last status report, filed on February 21, 2023, Mr. Marsh has successfully obtained employment in an apprenticeship program, through Continuum of Care. Additionally, he continues all treatment services without issue. More recently, preparation has begun on Mr. Marsh's stepdown to Brownell, a residential program with Continuum of Care. The program is like Mr. Marsh's current residential program, ACB, except for an apartment style setup and 12-hour staffing. This is in comparison to the dorm style setup of ACB with 24-hour staffing.

On June 6, 2023, there was a concern raised while Mr. Marsh was at work. Specifically, Mr. Marsh made several suicidal statements. There reportedly was no aberrant behavior prior to the comments. Out of concern, the employer reported it to ACB staff, which in turn resulted in Mr. Marsh being brought to the Emergency Room (ER) for additional screening for suicidal ideation. After assessment, Mr. Marsh was held until a bed was secured the following day at Yale Hospital's Inpatient Unit.

On June 15, 2023, Mr. Marsh was discharged from Yale Inpatient Unit, back to ACB where he then reconnected with already established services in place. In addition, a home visit was conducted for supervision purposes. Mr. Marsh's conduct during the home visit was appropriate and did not reflect any concerns. Additionally, staff at ACB indicated he has presented without issue. On June 15, 2023, a treatment team meeting was conducted with all stakeholders. At that time, it was determined to delay the transition to Brownell while Mr. Marsh transitions back from inpatient and returns to his routines. This will provide staff more time to continually evaluate Mr. Marsh as he works, attends treatment and continues to cohabitate with others at ACB. Initially, ACB conducted more frequent client checks on Mr. Marsh. Mr. Marsh's overall transition will continue to focus on eventually transitioning to Brownell with a more gradual plan to connect him to staff and fellow residents.

Should Your Honor wish to discuss this matter further, I will make myself available at the court's convenience.


Cc/ Kelly Barrett, Assistant Federal Defender, and
     Katherine E. Boyles, Assistant U.S. Attorney