## UNITED STATES DISTRICT COURT

### District of Connecticut

U. S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

## MEMORANDUM

October 27, 2023

**To:** The Honorable Michael P. Shea
Chief U.S. District Judge
Hartford, Connecticut

**From:** John H. Wackerman III
Sr. U.S. Probation Officer
Hartford, Connecticut

**Subject:** MARSH, Jordan
Docket Number: 3:13CR00185(MPS)
**Status Update: Mr. Marsh.**

By way of background, on September 24, 2021, a memorandum was submitted to the Court in preparation for Mr. Marsh's scheduled transition from Whiting Forensic Hospital to A Common Bond (ACB). Subsequently, on March 9, 2022, June 28, 2022, September 28, 2022, February 21, 2023, and June 20, 2023 memorandums were submitted to the Court reporting on Mr. Marsh's compliance with his conditions of supervision, to include treatment.

Since the last status report, filed on June 20, 2023, Mr. Marsh has maintained employment with the apprenticeship program, through Continuum of Care. Additionally, he continues all treatment services. He has also made his transition to Brownell, the 12 hour staffed residential program without issues. Home visits have been conducted at a higher frequency based on events reported in the prior status report, dated June 20, 2023.

Mr. Marsh submitted a challenge to end his conservatorship since the last status report. The judge in that matter ruled against Mr. Marsh and the conservatorship remain.

Should Your Honor wish to discuss this matter further, I will make myself available at the court's convenience.

Cc/ Kelly Barrett, Assistant Federal Defender, and
 Katherine E. Boyles, Assistant U.S. Attorney