**UNITED STATES DISTRICT COURT**

District of Connecticut

U. S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

**MEMORANDUM**

February 23, 2024

**To:** The Honorable Michael P. Shea
Chief U.S. District Judge
Hartford, Connecticut

**From:** John H. Wackerman III
Sr. U.S. Probation Officer
Hartford, Connecticut

**Subject:** MARSH, Jordan
Docket Number: 3:13CR00185(MPS)
**Status Update: Mr. Marsh.**

By way of background, on September 24, 2021, a memorandum was submitted to the Court in preparation for Mr. Marsh's scheduled transition from Whiting Forensic Hospital to A Common Bond (ACB). Subsequently, on March 9, 2022, June 28, 2022, September 28, 2022, February 21, 2023, June 20, 2023, and October 27, 2023, memorandums were submitted to the Court reporting on Mr. Marsh's compliance with his conditions of supervision, to include treatment.

Since the last status report, filed on October 27, 2023, Mr. Marsh has maintained employment with the apprenticeship program, through Continuum of Care. Mr. Marsh also works with the CREST Program as part of his programming. He has recently begun to work with them on additional employment services based on his reported desire to seek new employment. Additionally, he continues all other treatment services in place to include individual therapy and medication management. Monthly treatment team meetings continue, incorporating the Probation Office with all stakeholders. Treatment staff continue to navigate medication management with Mr. Marsh, who has routinely expressed displeasure with certain medications. However, staff has noted he maintains compliance with recommendations and adjustments in dosage consistent with prescriber.

Mr. Marsh continues to maintain residence at Brownell, a 12-hour staffed residential program without issues. As part of Mr. Marsh's supervision plan, home visits were increased based on prior concerns reported in previous status report, dated June 20, 2023. Since that time, Mr.

Marsh's adjustment has been stable and home visits have resumed to the previous frequency without issues. In addition, Mr. Marsh's conservatorship remains in effect, and will remain at this time should he continue to reside in Connecticut.

Should Your Honor wish to discuss this matter further, I will make myself available at the court's convenience.

Cc/ Kelly Barrett, Assistant Federal Defender, and
    Katherine E. Boyles, Assistant U.S. Attorney